No. 87–1614. MARTIN ET AL. v. WILKS ET AL.;

No. 87–1639. PERSONNEL BOARD OF JEFFERSON COUNTY, ALABAMA, ET AL. v. WILKS ET AL.; and

No. 87–1668. ARRINGTON ET AL. v. WILKS ET AL. C. A. 11th Cir. Certiorari granted limited to Question 1 presented by each petition, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 833 F. 2d 1492.

No. 87–1622. BRENDALE v. CONFEDERATED TRIBES AND BANDS OF THE YAKIMA INDIAN NATION ET AL.;

No. 87–1697. WILKINSON v. CONFEDERATED TRIBES AND BANDS OF THE YAKIMA INDIAN NATION ET AL.; and

No. 87–1711. COUNTY OF YAKIMA ET AL. v. CONFEDERATED TRIBES AND BANDS OF THE YAKIMA INDIAN NATION ET AL. C. A. 9th Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 828 F. 2d 529.

No. 86–1725. ONE LEAR JET AIRCRAFT, SERIAL NO. 35A–280, REGISTRATION NO. YN–BVO, ET AL. v. UNITED STATES; and

No. 87–1608. ONE LEAR JET AIRCRAFT, SERIAL NO. 35A–280, REGISTRATION NO. YN–BVO, ET AL. v. UNITED STATES. C. A. 11th Cir. Reported below: No. 86–1725, 808 F. 2d 765; No. 87–1608, 836 F. 2d 1571.

No. 87–171. COPLEY ET AL. v. HEIL-QUAKER CORP. ET AL. C. A. 6th Cir. Certiorari denied.

No. 87–706. LEAMAN v. OHIO DEPARTMENT OF MENTAL RETARDATION AND DEVELOPMENTAL DISABILITIES ET AL. C. A. 6th Cir. Certiorari denied.

No. 87–843. FERRARI, ADMINISTRATOR OF THE ESTATE OF FERRARI v. WOODSIDE RECEIVING HOSPITAL ET AL. C. A. 6th Cir. Certiorari denied.

No. 87–846. DAVIS ET AL. v. OFFICIAL UNSECURED CREDITORS' COMMITTEES FOR KENDAVIS HOLDING CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 87–1180. UNITED STATES v. BAKER ET UX. C. A. 9th Cir. Certiorari denied.